IN THE UNITED STATES DISTRICT COURT FOR RECEIVED
THE MIDDLE DISTRICT OF ALABAMA

2006 MAR 29  A  9: 30

_Rodney Andre Lunsford_ BOOKing # 86768 )
)
Full name and prison number of
plaintiff(s)

)
)
)
)
v.                                      )     CIVIL ACTION NO. _2:06cv 279 -MHT_
                                        )     (To be supplied by the Clerk of the
_State of Alabama_                      )        U.S. District Court)
                                        )
_Officer Wise D.G. 1536_ Badge #       )
                                        )
_Detective Thompkins 1025_ Badge #     )
                                        )
_Montgomery City Police Department_    )
Name of person(s) who violated         )
your constitutional rights.            )
(List the names of all the persons)    )

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )  No (✓)

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?        Yes ( )  No (✓)

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.    Parties to this previous lawsuit:
      Plaintiff(s) _____

      _____
      Defendant(s) _____

      _____

2.    Court (if federal court, name the district; if state court, name the county)

      _____

      _____

3.    Docket No. _____

4.    Name of Judge to whom case was assigned _____

5.    Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

_____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

II.    PLACE OF PRESENT CONFINEMENT *Montgomery County Detention Facility*

_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

_____

III.    NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | D. G. Wise Badge# 1536 | Montgomery Police Dept. |
| 2. | Detective S.E. Thompkins Badge#1025 | Montgomery Police Dept. |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV.    THE DATE UPON WHICH SAID VIOLATION OCCURRED *November 21/2005*

_____

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Assault with the intent to do [redacted] bodily harm.*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place, manner, and person involved).

*On November 21st/2005 at 8:30 A.M. Officer D.G. Wise #1536 Ran up on plaintiff and kicked the right knee out from under me. Then Officer Wise #1536 kicked me in the right shoulder knocking me to the street. Then he used his knees as weapons while I was on the street top.*

-2-

GROUND TWO: _Detective S.E. Thompkins #1025 Arrested me illegaly._

SUPPORTING FACTS: _Affidavit of Case #05-27267 states... Did intentionally Receive, Retain or dispose of Stolen Property to-wit: 2005 Chevy Jaoil Blazer... Knowing that it was stolen or having grounds to believe it had been stolen. I (Plaintiff) did not know this vehicle was stolen. There was no sign of forced entry. No weather striping torn/Removed from windows. No locks or wireing were tampered with. The person that stole the truck was still in the Truck._

GROUND THREE: _The State of Alabama illegaly incarcerating me. (Plaintiff)_

SUPPORTING FACTS: _No proof that I (Plaintiff) Received stolen Property 1st, or stole anything._

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. _Officer D.G. Wise #1536 to be Removed from Montgomery Police Force. Detective S.E. Thompkins #1025 a letter of apology and too be demoted from detective. Medical Expenses paid on a badly needed Knee Surgery due too Officer D.G. Wise #1536 actions (assault on me (Plaintiff).) Punitive Damages of $1,000,000.00_

Booking #
_Rodney Andre Lunsford_ 86768
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _March 26th/2006._
(date)

Booking #
_Rodney Andre Lunsford_ 86768
Signature of plaintiff(s)

-3-