```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2005 003440.00
OPER: BIM                     CASE ACTION SUMMARY
PAGE:   1                      DISTRICT  CRIMINAL              RUN DATE: 11/22/2005

IN THE DISTRICT COURT OF MONTGOMERY                            JUDGE: LCB

STATE  OF  ALABAMA                     VS    LUNSFORD RODNEY ANDRE
                                             2104 S MAIN ST
CASE: DC 2005 003440.00
                                             SPRINGFIELD, TN  00000 0000

DOB: 11/11/1969        SEX: M  RACE: B  HT: 6 00  WT: 200  HR:      EYES:
SSN: 408214054  ALIAS NAMES:

CHARGE01: REC STOLEN PROP 1ST  CODE01: RSP1  LIT: REC STOLEN PRO TYP: F #: 001
OFFENSE DATE: 11/21/2005                     AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                      DATE ARRESTED: 11/21/2005
DATE     INDICTED:                     DATE   FILED: 11/22/2005
DATE    RELEASED:                      DATE HEARING:
BOND      AMOUNT:    $20,000.00             SURETIES:

DATE 1: 11/22/2005  DESC: CALL          TIME: 1000 A
DATE 2:             DESC:                TIME: 0000

TRACKING NOS:               /                        /

   DEF/ATY:                            TYPE:                         TYPE:

                              00000                        00000

PROSECUTOR:


OTH CSE:  00000000000  CHK/TICKET NO: 2005-2202       GRAND JURY:
COURT REPORTER: _____   SID NO:   00000000
DEF STATUS: JAIL                   DEMAND:                          OPER: BIM

DATE          ACTIONS, JUDGEMENTS, AND NOTES
```

| Date | Actions, Judgements, and Notes |
|---|---|
| 11/22/05 | [DEFEN]DANT ADVISED OF CHARGES, RIGHT TO DEMAND PRELIMINARY HEARING WITHIN 30 DAYS OF ARREST, RIGHT TO COUNSEL, AND THAT BOND IS SET AT $ 20,000 _(signature)_ DISTRICT JUDGE |
| 11-30-05 | DEFENDANT'S REQUEST FOR PRELIMINARY HEARING FILED |
| 12-28-05 | Todd Carter appointed to represent Defendant  LCB |
| " | Hearing at 1-5-06 |
| 12-28-05 | 4 SUBPOENAS ISSUED FOR STATE & DEFT — no returns |
| 1-5-06 | Continued at request of defense |
| 2-13-06 | Hearing Set 2-23-06 |
| 2-14-06 | 4 SUBPOENAS ISSUED FOR STATE & DEFT — 3 served |



DEFENDANT'S EXHIBIT 1

```
ACR0369     ALABAMA    JUDICIAL    INFORMATION    CENTER
                     CASE ACTION SUMMARY
                        CONTINUATION              CASE: DC 2005 003440.00
                                                  JUDGE ID:  LCB

STATE OF ALABAMA                       VS     LUNSFORD RODNEY ANDRE
   DATE              ACTION, JUDGMENTS, CASE NOTES
```

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
| 2-23-06 | THE COURT HAVING HEARD THE EVIDENCE IN A PRELIMINARY HEARING, FINDS PROBABLE CAUSE THAT THE OFFENSE WAS COMMITTED AND BINDS THE DEFENDANT OVER TO THE GRAND JURY. *LCB* JUDGE |

| State of Alabama<br>Unified Judicial System | **WARRANT OF ARREST**<br>(Felonies, Misdemeanors, or Violations) | Warrant Number<br>2005F02202 |
|---|---|---|
| Form CR-58 (front)   Rev. 8/98 | | Case Number<br>DC05-3440 |

IN THE _____**DISTRICT**_____ COURT OF _____**MONTGOMERY**_____, ALABAMA
(Circuit, District, or Municipal)                (Name of Municipality or County)

☒ STATE OF ALABAMA

☐ MUNICIPALITY OF MONTGOMERY v. _____**RODNEY A LUNSFORD   (000969913A)**_____
Defendant (NWS Jacket Number)

---

**TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:**

☒ Probable cause has been found on a Complaint filed in the court against (name or description of person to be arrested)
**RODNEY A LUNSFORD**

charging the offense of **RECEIVING STOLEN PROPERTY, FIRST DEGREE**

_____ as described in the Complaint.

☐ An indictment has been returned by the grand jury of this county against (name or description of person to be arrested)

charging the offense of _____

_____ as described in the Complaint.

☒ **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this court to answer the charges against that person and have with you then and this Warrant of Arrest with your return thereon. If a judge or magistrate of this court is unavailable, or if the arrest is made in another county, you shall then take the accused person before the nearest or most accessible judge or magistrate in the county of the arrest.

☒ You may release the accused person without taking the accused before a judge or magistrate:

☒ If the accused person enters into a bond in the amount of $ **20,000.00** with sufficient sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk.
—OR—

☒ If the accused person posts an appearance bond in the amount of $ **20,000.00**

☐ On his or her personal recognizance.

Monday, November 21, 2005  10:56 AM                         V C Beeman
Date                                                        Judge/Court Clerk/Magistrate/Warrant Clerk

Form CR-58 (back)  Rev. 8/98

**WARRANT ARREST**
(Felonies, Misdemeanors, or Violations)

## CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing WARRANT OF ARREST by arresting the accused person named (or described) therein at _110_ o'clock [x] a.m. [ ] p.m. on the _21_ day of _November_, 20 _05_ in **MONTGOMERY** COUNTY, ALABAMA.

After arrest, the accused person was:

[ ] Released as authorized at _____ o'clock [ ] a.m. [ ] p.m. _____, 20 _____

[ ] Taken before [ ] Judge [ ] Magistrate at _____ o'clock [ ] a.m. [ ] p.m. _____, 20 _____

[x] Placed in jail at _1130_ o'clock [x] a.m. [ ] p.m. _November 21_, 20 _05_

_11-21-05_
Date

Signature/Title/Agency

## IDENTIFICATION OF ACCUSED PERSON

| Name of Accused Person | | | Telephone Number | | |
|---|---|---|---|---|---|
| RODNEY A LUNSFORD | | | | | |

| Social Security Number | Drivers License Number & State | Date of Birth | Age | Race | Sex |
|---|---|---|---|---|---|
| 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 | | 11/11/1969 | | B | M |

| Height | Weight | Hair | Eyes | Complexion |
|---|---|---|---|---|
| 600 | 200 | | | |

| Address of Accused | City | State | Zip Code |
|---|---|---|---|
| 2104 S MAIN ST | SPRINGFIELD | TN | |

| Name of Employer | | Telephone Number |
|---|---|---|
| | | |

| Address of Employer | City | State | Zip Code |
|---|---|---|---|
| | | | |

### WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

### ACKNOWLEDGEMENT BY ACCUSED PERSON

[ ] I hereby acknowledge that at the time of my release from custody I was directed to appear in person before the court, as follows:

Place: _____

Date: _____, 20 _____

Time: _____ o'clock [ ] a.m. [ ] p.m., and as thereafter needed until discharged.

[ ] I promise to appear as directed before the court, as follows:

Place: _____

Date: _____, 20 _____

Time: _____ o'clock [ ] a.m. [ ] p.m., and as thereafter needed until discharged.

Date                                                    Signature of Accused Person

Case # 05-27267                     AFFIDAVIT                     2005F08202

# DISTRICT COURT OF MONTGOMERY ALABAMA

INSTRUCTIONS: Complete the following information on OFFENSE/OFFENDER

**Offense:** Receiving Stolen Property 1st

**Defendant's Name:** B/M Rodney A. Lunsford         **D.O.B.** 11/11/69

**Defendant's SSN:** 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    **Height:** 6'00    **Weight:** 250

**Defendant's Address:** 2104 S. Mian Street Sprinfield TN

**Date & Time of Offense:** 11/21/05 0830 hrs

**Place of Occurance:** 1400 Block S. Holt Street Montgomery Alabama

**Person or Property Attacked:** Property

**How Attacked:** Received Stolen Property

**Damage Done or Property Attacked:** 2005 Chevy Trail Blazer VIN# 1GNDS13S252358332

**Value of Property:** $30,000.00

**Details of Offense:**
The Defendant did, intentionally receive, retain, or dispose of stolen property, to-wit: a 2005 Chevy Trail Blazer(Last 4 VIN# 8332), the property of Aaron James of the value of $30,000.00, knowing that it was stolen or having reasonable grounds to believe it had been stolen and not having the intent to restore it to its original owner. This is in violation of 13A-8-17 of the Code of Alabama, against the peace and dignity of the State of Alabama.

The defednant was found in possession of the listed stolen property. The vehicle was reported on 11/21/05 by Fultondale Police Department Case# 0511505
ADDITIONAL WITNESS:
3 - Officer D.G.Wise#1536, MPD, 241-2932
4 - Officer F.E. Baker#1506, MPD, 241-2932

I make this affidavit for the purpose of securing a warrant against the said B/M Rodney Lunsford  I understand that I am instituting a criminal proceeding and cannot drop this case. I further understand that if any of the forgoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and subscribed before me
this  21  day of  November  200**5**

_____ #1025
Complainant

_____
Judge - Clerk - Magistrate

**WITNESSES:** (Name, Address, Telephone Number)

1) Arron James, 920 Decatur Highway Apt. 106, Fultondale Alabama 35068
2) Det. S.E.Thompkins#1025, MPD, 241-2831

| State of Alabama<br>Unified Judicial System<br><br>Form CR-6    Rev. 8/98 | **COMPLAINT**<br>(Felonies, Misdemeanors, or Violations -<br>District or Municipal Court) | Warrant Number<br>**2005F02202**<br>Case Number |
|---|---|---|

IN THE _____**DISTRICT**_____ COURT OF _____**MONTGOMERY**_____, ALABAMA
(Circuit, District, or Municipal)                               (Name of Municipality or County)

[X] STATE OF ALABAMA
[ ] MUNICIPALITY OF MONTGOMERY v. _____**RODNEY A LUNSFORD (000969913A)**_____
                                                              Defendant (NWS Jacket Number)

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe that _____**RODNEY A LUNSFORD**_____, Defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about _____11/21/2005_____ (date of occurrence) commit the offense of **RECEIVING STOLEN PROPERTY, FIRST DEGREE** within the

[X] County of  **MONTGOMERY**
[ ] City/Town of _____ or in the police jurisdiction thereof, in that he/she did: (State specific facts here. Continue on a separate sheet of paper if needed.) (select as appropriate):

[X] intentionally receive, retain, or dispose of stolen property, to wit: 2005 CHEVY TRAIL BLAZER

the property of, to wit: AARON JAMES
and having a value in excess of $2,500.00, knowing that it was stolen or having reasonable grounds to believe it had been stolen and not having the intent to restore it to its owner,

in violation of
[X] Section  13A-8-17  , Alabama Code 1975.
[ ] Municipal Ordinance Number _____ which embraces Section _____ Alabama Code 1975, previously adopted, effective and in force at the time the offense was committed.
[ ] Other _____

Sworn to and Subscribed before me this
21ST day of
NOVEMBER, 2005

Complainant
320 N. RIPLEY ST.    MONTGOMERY, AL 36104
Address
(334)241-2831
Telephone Number

Judge/Magistrate/Warrant Clerk

**WITNESSES**

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Additional Witnesses on Reverse Side.

R-84 (Rev. 08-31-1999)

**FINAL DISPOSITION REPORT**

Leave Blank

Note: This vital report must be prepared on each individual whose arrest fingerprints have been forwarded to the FBI Criminal Justice Information Services Division without final disposition noted thereon. If no final disposition is available to arresting agency, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: FBI, CJIS Division, Clarksburg, WV 26306.
(See instructions on reverse side)

FBI No.

Final Disposition & Date
(If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.)

Name on fingerprint Card Submitted to FBI
Last        First        Middle

LUNSFORD, RODNEY ANDRE

Date of Birth: 11/11/69    Sex: M

Henry Fingerprint Classification From FBI 1-B Response

State Bureau No. (SID)

Social Security No. (SOC): 408214054

This Form Submitted By:
(Name, Title, Agency, ORI No., City & State)

Contributor of Fingerprints (Include complete name and location of agency together with ORI number.)

Sheriff's Office
Montgomery, AL
AL0030000

Signature _____ Date: 2005 NOV 22

Title

Arrest No. (OCA): 46763

Date Arrested or Received: 11/21/2005

☐ COURT ORDERED EXPUNGEMENT:
Certified or Authenticated Copy of Court Order Attached.

Offenses Charged at Arrest

20051121 2803RECEIVE STOLEN PROP-RECEIVING STOLEN PROPERTY 1S


