```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: CC 2006 000451.
OPER: DBH                   CASE ACTION SUMMARY
PAGE:   1                   CIRCUIT   CRIMINAL                  RUN DATE: 03/15/20
================================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                       JUDGE: T

STATE  OF  ALABAMA                    VS        LUNSFORD RODNEY ANDRE
                                                2104 SO MAIN STREET
CASE: CC 2006 000451.00
                                                SPRINGFIELD, TN  37172 0000

DOB: 11/11/1969          SEX: M  RACE: B   HT: 6 00   WT: 200    HR: BLK EYES: BR
SSN: 408214054  ALIAS NAMES: PAYNE ALAN              PAYNE ALLEN DEWAYNE
================================================================================
CHARGE01: REC STOLEN PROP 1ST   CODE01: RSP1   LIT: REC STOLEN PRO  TYP: F #: 00
OFFENSE DATE: 11/21/2005                        AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                       DATE ARRESTED: 11/21/2005
DATE     INDICTED: 03/10/2006           DATE    FILED: 03/14/2006
DATE    RELEASED:                       DATE  HEARING:
BOND      AMOUNT:       $20,000.00             SURETIES:

DATE 1:                DESC:                    TIME: 0000
DATE 2: 03/27/2006     DESC: ARRG               TIME: 0830 A
TRACKING NOS: GJ 2006 030037 00  /                        /
DEF/ATY: Winston Durant          TYPE:                          TYPE:

                              00000                    00000

PROSECUTOR:
================================================================================
OTH CSE: GJ200603003700 CHK/TICKET NO: 2005F-2202      GRAND JURY: 37
COURT REPORTER: _____   SID NO:    000000000            OPER: DBH
DEF STATUS: JAIL               DEMAND:
================================================================================
DATE            ACTIONS, JUDGEMENTS, AND NOTES
================================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 3/27/06 | Arraigned, Durant appointed. Pre-trial 5/8, trial 5/15. Plead NG. TMH Discovery given |

STATE OF ALABAMA
MONTGOMERY COUNTY
I, as Circuit Clerk, Montgomery County
Circuit Court, do hereby certify that the within
is a complete, true and correct copy of the
_Entire file_
on file in said office.
Witness my hand and the seal of said Court
is hereto affixed, this the ___9th___
day of ___May___ ___06___
_____
CIRCUIT CLERK

DEFENDANT'S
EXHIBIT
2

ACR0369  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION
CASE: CC 2006 000451.00
JUDGE ID:  TMH

STATE  OF  ALABAMA                    VS     LUNSFORD RODNEY ANDRE

| DATE | | ACTION, JUDGMENTS, CASE NOTES |
|------|--|------------------------------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

06-451 TmH

GJ No: 3/6/2006-37

CC NO. _____

THE STATE OF ALABAMA

v.

Rodney Andre Lunsford, alias
Alan Payne, alias; Allen Dewayne Payne, alias;
Rodney A. Lunsford, alias; Rodney Andrey Lunsford,
alias; Rodney Payne, alias;

black/M DOB:11/11/1969 Ht:6'00" Wt:200

2104 S MAIN ST, SPRINGFIELD TN 37172

SID No. _____    Arrest Date _____

RECEIVING STOLEN PROPERTY 1ST(x1)

A TRUE BILL

_____
Foreperson of Grand Jury

BAIL IN THIS CASE IS FIXED AT

$30000

_____
Judge of Circuit Court of Montgomery County

Presented in open court by the Foreperson of
the Montgomery County Grand Jury in the
presence of ____ other members of the
Grand Jury and filed this ____ day

of _____, 2006.

_____
Circuit Court Clerk

WITNESSES

Aaron James
920 Decatur Hwy Apt 106, Fultondale AL 35068

S E Thompkins
Montgomery Police Department, 320 North Ripley
Street, Montgomery AL 36104

D G Wise
Montgomery Police Department, 320 N Ripley Street,
Montgomery AL 36104

# THE STATE OF ALABAMA
## MONTGOMERY COUNTY

Circuit Court of Montgomery County, March 2006

Count I: The Grand Jury Of Montgomery County charge that, before the finding of this indictment,

Rodney Andre Lunsford, alias
Alan Payne, alias
Allen Dewayne Payne, alias
Rodney A. Lunsford, alias
Rodney Andrey Lunsford, alias
Rodney Payne, alias

whose name is otherwise unknown to the Grand Jury, did intentionally receive, retain, or dispose of stolen property, a 2005 Chevrolet, a better description of which is unknown to the Grand Jury, of some value greater than $2,500.00 dollars, the property of Aaron James, knowing that it was stolen or having reasonable grounds to believe it had been stolen, and not having the intent to restore it to the owner, in violation of section 13A-8-17 of the Code of Alabama, against the peace and dignity of the State of Alabama.

_Ellen Brooks_

District Attorney, Fifteenth Judicial Circuit of Alabama

ACR364

ALABAMA JUDICIAL DATA CENTER
DISTRICT COURT OF MONTGOMERY COUNTY
TRANSCRIPT TO CIRCUIT COURT

CASE: DC 2005 003440.00
JID:  LYNN C. BRIGHT

THE  STATE OF ALABAMA        VS    LUNSFORD RODNEY ANDRE
                                   2104 S MAIN ST

                                   SPRINGFIELD      TN 00000-0000

                                   CHARGE: REC STOLEN PROP

PROSECUTOR: HUGHES BRANDON MICHAEL    DEF ATTY: CARTER ANTHONY TODD
                                      DEF ATTY:

_____ WARRANT ISSUED AND DELIVERED TO SHERIFF.

11/21/2005 WARRANT EXECUTED BY ARRESTING THE DEFENDANT AND COMMITTING HIM
           TO JAIL (OR RELEASING HIM ON BOND).

_____ BOND    $20,000.00 APPROVED AND FILED.  SURETIES.

_____ DEFENDANT TRIED, CONVICTED AND FINED        0.00 DOLLARS
            AND THE COST OF THE PROSECUTION.

02/23/2006 ON PRELIMINARY EXAMINATION, DEFENDANT BOUND OVER TO AWAIT THE
           ACTION OF THE GRAND JURY AND BOND FIXED AT      $20,000.00.

_____ DEFENDANT APPEALED TO THE PRESENT TERM OF THE CIRCUIT COURT AND
            BOND FIXED AT $ _____.

_____ BOND APPROVED AND FILED; SURETIES:

_____ NO PRELIMINARY REQUESTED, CASE TRANSFERRED TO D.A.

                        BILL OF COST

            DOCKET FEE                      0.00

            PRELIMINARY HEARING             0.00

            WITNESS SUBPOENA               0.00

                   TOTAL                    0.00

                 CERTIFICATE TO TRANSCRIPT

TO THE CLERK AND THE CIRCUIT COURT:
 I HEREBY CERTIFY THAT THE FOREGOING IS A FULL, COMPLETE AND EXACT
TRANSCRIPT FROM MY DOCKET OF THE JUDGMENT AND PROCEEDINGS IN THE ABOVE
CLAUSE, AND I HEREWITH SEND TO THE CIRCUIT COURT ALL THE ORIGINAL AND
OTHER PAPERS PERTAINING TO THE SAID CAUSE.

DATE ISSUED: 03/10/2006    MELISSA RITTENOUR       BY_____
                              CLERK

NOTE:

WITNESS FOR STATE:
        W001   ARRON JAMES
        W002   S E THOMPKINS #1025
        W003   D G WISE #1536
        W004   H E BAKER #1506

OPERATOR:BIM
PREPARED:03/10/2006

| State of Alabama<br>Unified Judicial System | **WARRANT OF ARREST** | Warrant Number<br>2005F02202 |
|---|---|---|
| | (Felonies, Misdemeanors, or Violations) | Case Number<br>0C05-3440 |
| Form CR-58 (front)          Rev. 8/98 | | |

**IN THE** _____ **DISTRICT** _____ **COURT OF** _____ **MONTGOMERY** _____ **, ALABAMA**
(Circuit, District, or Municipal)                              (Name of Municipality or County)

☒ **STATE OF ALABAMA**

☐ **MUNICIPALITY OF MONTGOMERY** v.    _____ RODNEY A LUNSFORD  (000969913A) _____
Defendant (NWS Jacket Number)

---

## TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

☒ Probable cause has been found on a Complaint filed in the court against (name or description of person to be arrested)

RODNEY A LUNSFORD

charging the offense of    **RECEIVING STOLEN PROPERTY, FIRST DEGREE**

_____ as described in the Complaint.

☐ An indictment has been returned by the grand jury of this county against (name or description of person to be arrested)

charging the offense of _____

_____ as described in the Complaint.

☒ **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this court to answer the charges against that person and have with you then and this Warrant of Arrest with your return thereon.

If a judge or magistrate of this court is unavailable, or if the arrest is made in another county, you shall then take the accused person before the nearest or most accessible judge or magistrate in the county of the arrest.

☒ You may release the accused person without taking the accused before a judge or magistrate:

☒ If the accused person enters into a bond in the amount of $   **20,000.00**   with sufficient sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk.

---OR---

☒ If the accused person posts an appearance bond in the amount of $   **20,000.00**

☐ On his or her personal recognizance.

Monday, November 21, 2005  10:56 AM _____       _VCBeeman_ _____
Date                                                                    Judge/Court Clerk/Magistrate/Warrant Clerk

Form CR-58 (back)   Rev. 8/98

## WARRANT OF ARREST
**(Felonies, Misdemeanors, or Violations)**

## CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing **WARRANT OF ARREST** by arresting the accused person named (or described ) therein at _1154_ o'clock ☑ a.m. ☐ p.m. on the _21_ day of _November_ , 20 _05_ in __MONTGOMERY__ COUNTY, ALABAMA.

After arrest, the accused person was:

☐ Released as authorized at _____ o'clock ☐ a.m. ☐ p.m. _____ , 20 _____

☐ Taken before ☐ Judge ☐ Magistrate at _____ o'clock ☐ a.m. ☐ p.m.

_____ , 20 _____

☑ Placed in jail at _1130_ o'clock ☑ a.m. ☐ p.m. _November 21_ , 20 _05_

_11-21-05_
Date

_Signature/Title/Agency_ _1154_

## IDENTIFICATION OF ACCUSED PERSON

| Name of Accused Person | | | | Telephone Number | | |
|---|---|---|---|---|---|---|
| RODNEY A LUNSFORD | | | | | | |

| Social Security Number | Drivers License Number & State | | Date of Birth | Age | Race | Sex |
|---|---|---|---|---|---|---|
| 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 | | | 11/11/1969 | | B | M |

| Height | Weight | Hair | Eyes | Complexion | | |
|---|---|---|---|---|---|---|
| 600 | 200 | | | | | |

| Address of Accused | City | State | Zip Code |
|---|---|---|---|
| 2104 S MAIN ST | SPRINGFIELD | TN | |

| Name of Employer | | Telephone Number |
|---|---|---|
| | | |

| Address of Employer | City | State | Zip Code |
|---|---|---|---|
| | | | |

## WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## ACKNOWLEDGEMENT BY ACCUSED PERSON

☐ I hereby acknowledge that at the time of my release from custody I was directed to appear in person before the court, as follows:

Place: _____

Date: _____ , 20 _____

Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharged.

☐ I promise to appear as directed before the court, as follows:

Place: _____

Date: _____ , 20 _____

Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharged.

_____
Date

_____
Signature of Accused Person

Case # 05-27267     AFFIDAVIT     2005F02202
**DISTRICT COURT OF MONTGOMERY ALABAMA**

---

INSTRUCTIONS: Complete the following information on OFFENSE/OFFENDER

Offense: Receiving Stolen Property 1st

Defendant's Name:  B/M Rodney A. Lunsford     D.O.B.  11/11/69

Defendant's SSN:  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     Height:  6'00     Weight:  250

Defendant's Address:  2104 S. Mian Street Sprinfield TN

Date & Time of Offense:  11/21/05 0830 hrs

Place of Occurance:  1400 Block S. Holt Street Montgomery Alabama

Person or Property Attacked:  Property

How Attacked:  Received Stolen Property

Damage Done or Property Attacked:  2005 Chevy Trail Blazer VIN# 1GNDS13S252358332

Value of Property:  $30,000.00

Details of Offense:

The Defendant did, intentionally receive, retain, or dispose of stolen property, to-wit: a 2005 Chevy Trail Blazer(Last 4 VIN# 8332), the property of Aaron James of the value of $30,000.00, knowing that it was stolen or having reasonable grounds to believe it had been stolen and not having the intent to restore it to its original owner.  This is in violation of 13A-8-17 of the Code of Alabama, against the peace and dignity of the State of Alabama.

The defednant was found in possession of the listed stolen property. The vehicle was reported on 11/21/05 by Fultondale Police Department Case# 051109505
ADDITIONAL WITNESS:
3 - Offficer D.G.Wise#1536, MPD, 241-2932
4- Officer P.E. Baker#1506, MPD, 241-2932

---

I make this affidavit for the purpose of securing a warrant against the said B/M Rodney Lunsford     I understand that I am instituting a criminal proceeding and cannot drop this case. I further understand that if any of the forgoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and subscribed before me
this  21  day of  November  2005     _____ 1025
                                          Complainant

_VC Beeman_____
Judge - Clerk - Magistrate

WITNESSES: (Name, Address, Telephone Number)

1)  Arron James, 920 Decatur Highway Apt. 106, Fultondale Alabama 35068
2)  Det. S.E.Thompkins#1025, MPD, 241-2831

State of Alabama
Unified Judicial System

Form CR-6          Rev. 8/98

# COMPLAINT

(Felonies, Misdemeanors, or Violations - District or Municipal Court)

Warrant Number
**2005F02202**

Case Number

---

**IN THE**      **DISTRICT**      **COURT OF**      **MONTGOMERY** , **ALABAMA**
(Circuit, District, or Municipal)                                    (Name of Municipality or County)

☒ STATE OF ALABAMA

☐ MUNICIPALITY OF MONTGOMERY v.      RODNEY A LUNSFORD  (000969913A)
Defendant (NWS Jacket Number)

---

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe that      RODNEY A LUNSFORD

, Defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about
11/21/2005      (date of occurrence) commit the offense of      **RECEIVING STOLEN PROPERTY, FIRST DEGREE**
within the

☒ County of      **MONTGOMERY**

☐ City/Town of _____ or in the police jurisdiction thereof, in that he/she did: (State specific facts here.  Continue on a separate sheet of paper if needed.) (select as appropriate):

☒ intentionally receive, retain, or dispose of stolen property, to wit:    2005 CHEVY TRAIL BLAZER

the property of, to wit:    AARON JAMES

and having a value in excess of $2,500.00, knowing that it was stolen or having reasonable grounds to believe it had been stolen and not having the intent to restore it to its owner,

2005 NOV 21 A ___

in violation of

☒ Section   13A-8-17      , Alabama Code 1975.

☐ Municipal Ordinance Number _____ which embraces Section _____ Alabama Code 1975, previously adopted, effective and in force at the time the offense was committed.

☐ Other

Sworn to and Subscribed before me this

21ST _____ day of

NOVEMBER _____ , 2005

_VCBeeman_____
Judge/Magistrate/Warrant Clerk

_____ 1025
Complainant

320 N. RIPLEY ST.   MONTGOMERY, AL 36104
Address

(334)241-2831
Telephone Number

---

## WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

Additional Witnesses on Reverse Side.

WRIT OF ARREST - GRAND JURY INDICTMENT

STATE OF ALABAMA        MONTGOMERY COUNTY        CIRCUIT    COURT

AGENCY NUMBER:                      WARRANT NUMBER: GJ 2006 030037.00
                                    OTHER CASE NBR:                .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    RODNEY ANDRE LUNSFORD    AND BRING
HIM/HER BEFORE THE CIRCUIT    COURT OF MONTGOMERY COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
    (1) REC STOLEN PROP 1ST    CLASS: B   TYPE: F   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ ____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 13 DAY OF MARCH, 2006.

BOND SET AT: (1)      $20,000.00   BOND TYPE:
             (2) _____
             (3) _____

JUDGE/CLERK/MAGISTRATE OF CIRCUIT    COURT

--------------------------------------------------------------------

CHARGES: REC STOLEN PROP 1ST    13A-008-017         F  FELONY

NAME: RODNEY ANDRE LUNSFORD          ALIAS: PAYNE ALAN
ADDRESS: 2104 SO MAIN STREET         ALIAS: PAYNE ALLEN DEWAYNE
ADDRESS:
CITY: SPRINGFIELD        STATE: TN    ZIP: 37172 0000
                                      PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 11/11/1969    RACE: B    SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 6'00"    WEIGHT: 200
SID: 000000000  SSN: 408214054  DL NUM:

--------------------------------------------------------------------

E X E C U T I O N

    EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

    (X)  PLACING DEFENDANT IN THE MONTGOMERY COUNTY JAIL

    (  )  RELEASING DEFENDANT ON APPEARANCE BOND


THIS ____14____ DAY OF ____March_____ 2006

                    D. Y. Marshall
                    SHERIFF

                    a.Yerrcy
                    BY

--------------------------------------------------------------------

COMPLAINANT:  THOMPKINS S E



OPERATOR: GAB      DATE: 03/13/2006

CC 06-451 Tr

| State of Alabama<br>Unified Judicial System<br><br>Form C-10<br>Page 1 of 2                Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | Case Number<br>CC- ?<br>DC-05-3440 |

IN THE __Circuit__ COURT OF __Montgomery__, ALABAMA
        (Circuit, District, or Municipal)          (Name of County or Municipality)
STYLE OF CASE: __Rodney Lunsford__ v. __State of Alabama__
                    Plaintiff(s)                      Defendant(s)
TYPE OF PROCEEDING: __Rec. Stolen 1st__ CHARGE(s) (if applicable): _____

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request
    that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an
    attorney and I request that the court appoint one for me.
☒ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.
☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint
    one for my child/me.

## AFFIDAVIT

**SECTION I.**

1. **IDENTIFICATION**  Full name __Rodney Andre Lunsford__  Date __11/11/69__
   Spouse's full name (if married) __N/A__
   Complete home address __P.o. Box 45 Springfield, Tenn. 37172__

   Number of people living in household __0__
   Home telephone number __N/A__
   Occupation/Job __Self employed__  Length of employment __8 years__
   Driver's license number _____  *Social Security Number __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__
   Employer _____  Employer's telephone number _____
   Employer's address _____

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which
   apply.)

   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other __N/A__

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
      Monthly Gross Income
      Spouse's Monthly Gross Income (unless a marital offense)    $ ____
      Other Earnings: Commissions, Bonuses, Interest Income, etc.
      Contributions from Other People Living in Household
      Unemployment/Workmen's Compensation,
         Social Security, Retirements, etc.
      Other Income (be specific) _____
                    **TOTAL MONTHLY GROSS INCOME**    $ ____

   Monthly Expenses:
      A. Living Expenses
         Rent/Mortgage    $ ____
         Total Utilities: Gas, Electricity, Water, etc.
         Food
         Clothing
         Health Care/Medical
         Insurance
         Car Payment(s)/Transportation Expenses
         Loan Payment(s)



Form C-10 Page 2 of 2    Rev. 2/95    **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**

Monthly Expenses: (cont'd page 1)
Credit Card Payment(s)
Educational/Employment Expenses
Other Expenses (be specific) _____

Sub-Total

B.  Child Support Payment(s)/Alimony    $ _____    A $ _____

Sub-Total

C.  Exceptional Expenses    $ _____    B $ _____

**TOTAL MONTHLY EXPENSES** (add subtotals from A & B monthly only)    $ _____

Total Gross Monthly Income Less total monthly expenses:

**DISPOSABLE MONTHLY INCOME**    $ _____

**4.   LIQUID ASSETS:**
Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)    $ _____
Equity in Real Estate (value of property less what you owe) _____
Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe) _____
Other (be specific)
Do you own anything else of value? ☐ Yes  ☐ No _____
(land, house, boat, TV, stereo, jewelry)
If so, describe _____

**TOTAL LIQUID ASSETS**    $ _____

**5.   Affidavit/Request**
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

_14_ day of _MARCH_ _2006_    _Rodney Andre Lunsford_ 86768
    Affiant's Signature

_____    _____
Judge/Clerk/Notary    Print or Type Name

**ORDER OF COURT**

**SECTION II.**
IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, _____.

_____
Judge

10-13

IN The Circuit Court of Montgomery, County
Montgomery, Alabama

CC 06 - 451 TMH

CASE No: DC-05-3440

Rodney A. Lunsford

-vs-

State of Alabama



Pending (1)

Motion For Discovery

Comes Now Petitioner. in this case, by And through Pro-se, Rodney A. Lunsford, 86768, And in response to His Indictment dated March 14th 2006, Ordering A Motion of Discovery.

Petitioner in the Above styled case requires The Following Paperwork:

1) Police Reports of the Above case.
2) Indictment forms.
3) All/Any Statements of the Above case.
4) All/Any Evidence written/electrical/verbal.
5) Case Action Summery Report.
6) Detective investigation Reports.
7) Name of all Wittnesses And Addresses.

Petitioner requires this Above information As to prepair for trial. IT is imperative That I have it.

2052

# Certificate of Attastation

I Rodney A. Lunsford 86768, hereby Swear Under Oath, And the penalty of purjury That the Statements Contained in this petition Are true And Correct to the best of my knowledge.

Dated: March 14th 2006

Respectfully Submitted

Rodney Andee Lunsford 86765

## Certificate of Service

I Rodney A. Lunsford do hereby Certify that A Copy of the Same forgoing Motion has been served upon the Honorable Circuit Clerk of Montgomery County, Melissa Ritenour, by placing The Same into the United States Mail, Correctly Addressed And postage pre-paid this this the 14th day of 2006.

Respectfully Submitted

Rodney Andee Lunsford  86768
Rodney A. Lunsford
M.C.D.F.  3A
P.O. Box 4599
Montgomery Alabama
                              36103



Melissa Rittenour
Clerk and Register
P.O. Box 1667
Montgomery, Alabama 36102-16

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,        )
     Plaintiff,        )
             )
V        )        CC 06-0451-TMH
             )
Rodney Lunsford,        )
     Defendant.        )

**NOTICE OF
DISCOVERY TO DEFENDANT,
INTENT TO USE PRIOR CONVICTIONS,
INTENT TO INVOKE SENTENCING ENHANCEMENTS,
INTENT TO OFFER PROOF BY A CERTIFICATE OF ANALYSIS, and
MOTION FOR DISCOVERY BY THE STATE**

MAR 2006
FILED
Melissa Rittenour
Circuit Clerk

        COMES NOW the State of Alabama, by and through its District Attorney for the Fifteenth Judicial Circuit, Eleanor I. Brooks, and gives notice as to the following:

[ X ] 1.     Pursuant to Rule 16.1, <u>A.R.Cr.P.</u>, and as otherwise required by law, all available discovery has been provided or made available to the Defendant's counsel of record. Physical evidence, if any, is in the custody of the investigating law enforcement agency or the Alabama Department of Forensic Sciences. Arrangements to inspect physical evidence may be made by contacting the undersigned.

        The State has furnished a copy of the discovery to Defense Counsel. This material is page numbered sequentially from 1 to 23. (Pages _–0–_ _____ have not been provided as they are either work product and/or NCIC, which cannot be provided pursuant to state law, unless ordered by the Court.) The State of Alabama considers this discovery material to have been received in its entirety by Defense Counsel unless promptly notified in writing of any discrepancies.

[ X ] 2.     The State intends to use at trial any and all prior convictions, crimes, wrongs, or acts of the Defendant for those uses permitted by Rules 404(b) and 609 of the <u>A.R.E.</u>, and as otherwise allowed by law. The State is presently aware of, and intends to use, the following:

Sale Cocaine x3 – 1992          TOP II – 2003
Burglary – 1994              TOP III – 2004
Agg Burg I – 1995           TOP I – 2004 (Auto Theft)
TOP x2 – 1995
Burg – 1997
Manuf/Deliver/Sale Cntrl – 1998

[_X_] 3.    The State intends to invoke all sentencing enhancements required or permitted by law, including, the Habitual Felony Offender Act based on any applicable felony convictions, known and/or any convictions which may subsequently be discovered and/or disclosed. And, if applicable, the following:

(___)  Enhancement for use of firearm or deadly weapon.  Minimum term of imprisonment of _____ years.

(___)  Five Year Enhancement for Sale of Drugs within three (3) miles of a school, 13A-12-250.

(___)  Five Year Enhancement for Sale of Drugs within three (3) miles of housing project, 13A-12-270.

(___)  $1,000.00 Fine, 13A-12-281.

(___)  $2,000.00 Fine, 13A-12-281.

(___)  Suspension of Driver's License, 13A-12-290.

(___)  Five Year Enhancement for Possession of Firearm, 13A-12-231(13).

[____] 4.    Pursuant to Sections 12-21-300 through 303, Code of Alabama, written notice is hereby given of the State's intent to offer proof by a certificate of analysis in lieu of direct testimony.  The certificate of analysis is from the Alabama Department of Forensic Sciences and is included in the provided discovery material.

[_X_] 5.    Pursuant to rules 16.2 and 16.4(c), A.R.Cr.P., and as otherwise required by law, the State requests a copy of all discovery to which it is entitled and hereby moves this Honorable Court for an order granting same to the State.

Respectfully submitted, this _27_th day of _March_, 2006.

ELEANOR I. BROOKS
District Attorney

by: _____
BRANDON HUGHES (HUG 052)
Deputy District Attorney

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing was served upon the Honorable _Winston Davis_, Counsel for the Defendant, by hand delivery; or by placing same in the appropriate Courthouse Box; or by posting same in the United States mail postage prepaid and properly addressed to said Counsel; on this the _27_th day of _March_, 2006.

by: _____
BRANDON HUGHES (HUG 052)
Deputy District Attorney



**⋈ ⋈ ⋈ IN THE CIRCUIT COURT OF MONTGOMERY COUNTY ⋈ ⋈ ⋈**

**CASE(S) LISTED BELOW ARE SET ON 03/27/2006**
**AT: COURTROOM 3A**
**MONTGOMERY COUNTY COURTHOUSE**
**MONTGOMERY  ALABAMA**

**JUDGE: TRUMAN HOBBS**

| CASE NUMBER | TIME | DESCRIPTION |
|---|---|---|
| CC200600045100 | 08:30AM | ARRAIGNMENT |

**FAILURE TO REPORT AT YOUR ASSIGNED TIME MAY RESULT IN A**
**WARRANT BEING ISSUED FOR YOUR ARREST.**

(03/15/2006)                                                        FORM: 3468



MELISSA RITTENOUR(CC)
COUNTY COURTHOUSE
MONTGOMERY AL 36104

RETURN SERVICE REQUESTED
COLLAPSED CASES

RETURN TO SENDER-ATTEMPTED

PRSRT FIRST CLASS
US POSTAGE PAID
MONTGOMERY, AL
PERMIT #994

LUNSFORD RODNEY ANDRE
2184 SO MAIN STREET
SPRINGFIELD, TN 37172-364

Filed
Melissa Rittenour
Circuit Clerk

36104/9999