IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY ANDRE LUNSFORD, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:06cv279-MHT |
| ) | |
| v. ) | |
| OFFICER D.G. WISE & ) | |
| DETECTIVE THOMPKINS, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF OFFICER DAVID WISE

STATE OF ALABAMA            )

COUNTY OF MONTGOMERY   )

Before me, a Notary Public in and for said State and County, personally appeared Officer David Wise and, after first being duly sworn by me, did depose and state as follows:

My name is David Wise and I am over nineteen (19) years of age. I am currently employed as an Officer with the Montgomery Police Department, and assigned to First Shift Patrol.

On Monday, November 21, 2005 at approximately 8:03 a.m., dispatch put out a call in reference to an On Star tracking alarm signaling that a stolen vehicle was in the area of South Holt Street and Early Street. I got in route to the area and located the vehicle on the corner of Underwood Street and South Holt Street. As I approached the vehicle the driver and passenger exited. At this time Unit 111 (Officer H.E. Baker #1506) arrived on the scene in which we ordered both subjects to the ground. The driver was found to be Rodney Lunsford and the passenger Carvando Canioa. Rodney Lunsford was transferred from the Detective division to the County and charged with Theft of Property 1st. Attached is a copy of the memorandum issued to LTN. P.W. Bullard for the recovery of the stolen vehicle. (Attached hereto as Exhibit A.)



I took the passenger, Carvando Canioa into custody, while Officer Baker took Rodney Lunsford into custody. The only other time I have come into contact with Rodney Lunsford was to transport him from the detective division to the county.

I have read the above and foregoing affidavit consisting in total of two (2) pages and state that it is true and correct to my present knowledge and information.

Further Affiant saith not.

_____
Officer David Wise

SWORN to and SUBSCRIBED before me this the 8th day of May, 2006.

_____
Notary Public

My commission expires 10/16/09

2

MEMORANDUM

TO: LTN. P.W. Bullard

FROM: Officer D.G. Wise #1536

DATE: 11-21-2005

SUBJECT: Recovery Of Stolen Vehicle.

Sir, On 11-21-2005 at approximately 0803 hrs. Dispatch put out a call in reference to a On Star tracking alarm signaling that a stolen vehicle was in the area of S.Holt St. and Early St. I got in route to the area and located the vehicle on the corner of Underwood St. and S.Holt St. As I approached the vehicle the driver and passenger exited. At this time Unit 111 (Officer H.E.Baker # 1506) arrived on the scene in which we ordered both subjects to the ground. The driver, whom was found to be B/M Rodney Andre Lunsford. D.O.B 11-11-1969, 36 years of age, had a bag that contained a white substance which resembled cocaine. After testing the substance, it was found not to be any type of narcotic. Both subjects were transferred to the Detective division. The passenger was found to be Hispanic male Carvando Canoia, D.O.B 12-12-80, 25 years of age. The driver( B/M Rodney Andre Lunsford) was transferred from the Detective division to the County and charged with Theft Of Property 1st.



Officer D.G. Wise #1536

