IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY ANDRE LUNSFORD, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:06cv279-MHT |
| ) | |
| v. ) | |
| OFFICER D.G. WISE & ) | |
| DETECTIVE THOMPKINS, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF OFFICER HEATH BAKER

STATE OF ALABAMA        )

COUNTY OF MONTGOMERY    )

Before me, a Notary Public in and for said State and County, personally appeared Officer Heath Baker and, after first being duly sworn by me, did depose and state as follows:

My name is Heath Baker and I am over nineteen (19) years of age. I am currently employed as an Officer with the Montgomery Police Department, and assigned to First Shift Patrol.

On Monday, November 21, 2005 at approximately 8:03 a.m., dispatch put out a call in reference to an On Star tracking alarm signaling that a stolen vehicle was in the area of South Holt Street and Early Street. I got in route to the area and located the vehicle on the corner of Underwood Street and South Holt Street. As I approached the vehicle the driver and passenger exited. At this time Officer Wise had already arrived on the scene and we ordered both subjects to the ground. I took the driver into custody, who was later found to be Rodney Lunsford. Officer Wise took the passenger Carvando Canioa into custody.

There was no physical altercation between myself and Rodney Lunsford. I told him to lie on the ground, in which he complied. I put handcuffs on him and he was then taken to the Detective Division. I am not aware of any complaints for injuries that Rodney Lunsford made before he was turned over to the Detective Division.

DEFENDANT'S EXHIBIT 4

I have read the above and foregoing affidavit consisting in total of two (2) pages and state that it is true and correct to my present knowledge and information.

Further Affiant saith not.

_____
Officer Heath Baker

SWORN to and SUBSCRIBED before me this the 8th day of May, 2006.

_____
Notary Public

My commission expires 10/14/09