IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RODNEY ANDRE LUNSFORD,** | ) |
| Plaintiff, | ) Case No. 2:06cv279-MHT |
| v. | ) |
| **OFFICER D.G. WISE &** | ) |
| **DETECTIVE THOMPKINS,** | ) |
| Defendants. | ) |

### AFFIDAVIT OF DETECTIVE SCOTT THOMPKINS

**STATE OF ALABAMA**         )

**COUNTY OF MONTGOMERY**  )

Before me, a Notary Public in and for said State and County, personally appeared Detective Scott Thompkins and, after first being duly sworn by me, did depose and state as follows:

My name is Scott Thompkins and I am over nineteen (19) years of age. I am currently employed as a Detective with the Montgomery Police Department, and assigned to First Shift Detective Division.

On Monday, November 21, 2005 I investigated a stolen vehicle case in which Rodney Lunsford was arrested and charged with Receiving Stolen Property in the 1st Degree. The Montgomery Police Department received a call from On-Star stating that they were tracking a stolen 2005 Chevy Trailblazer in the area of South Holt Street. Patrol Units responded and located the vehicle at which time Rodney Lunsford was taken into custody. Lunsford was transported to the Detective Division and turned over to me, at which time he refused to give a statement. Lunsford was processed and placed in the County Jail. Lunsford was charged due to the fact that the vehicle had recently been reported stolen from Fultondale Alabama and his inconsistent story of how he got from Tennessee to Montgomery Alabama. Attached is a copy of the Supplementary Offense Report,


DEFENDANT'S EXHIBIT 5

Complaint, Warrant of Arrest, and Affidavit for Arrest of Rodney Lunsford. (Attached hereto as Exhibit A.)

    I have read the above and foregoing affidavit consisting in total of two (2) pages and state that it is true and correct to my present knowledge and information.

    Further Affiant saith not.

_____
Detective Scott Thompkins

    **SWORN to and SUBSCRIBED** before me this the __8__ day of May, 2006.

_____
Notary Public

My commission expires __10/16/09__

2