**MONTGOMERY POLICE DEPARTMENT**
**SUPPLEMENTARY OFFENSE REPORT**

05-027267

| Victim Name as on Original Report: (Last, First, Middle) | Date, Time of Offense: | Date, Time of Supplement: |
|---|---|---|
| State of Alabama | 11/21/2005 0830 | 11/22/05 0713 |
| **Has arrest been made:** Yes / No | **Date of Arrest:** | **Offense as Reported:** |
|  |  | Receiving Stolen Property 1st |
| **Has warrant/petition Been signed:** Yes / No | **Date Warrant/ Petition Signed:** | **Offense after investigation:** |
|  |  | Receiving Stolen Property 1st |

**COMPLAINT:**

On 11/21/05 at approximately 0851 hrs this Detective completed an offense report for Receiving Stolen Property 1st. The State of Alabama is listed as the victim. It states that on 11/21/05 at 0830 hrs B/M Rodney Lunsford, DOB: 11/11/69, was found in possession of a 2005 Chevy Trail Blazer that was reported stolen on 11/21/05 by Fultondale Police Department.

**INITIAL INVESTIGATION:**

On 11/21/05 at approximately 0830 hrs Patrol Units were dispatched to the 1400 block of South Holt Street in reference to On-Star tracking a stolen vehicle. Upon arrival the units located a Black 2005 Chevy Trail Blazer, AL Tag# 47M755B, and activated their emergency equipment. The vehicle stopped and the driver was taken into custody without incident. The driver was identified as B/M Rodney Lunsford, DOB: 11/11/69, of Springfield, TN. Upon running the vehicle through NCIC it was found that the vehicle had been reported stolen on 11/21/05 through Fultondale Police Department. The owner of the vehicle W.M Aaron James, DOB: 01/11/78, of 920 Decatur Highway Apt# 106, Fultondale, Alabama, stated that he parked his vehicle on 11/20/05 at approximately 0730 hrs and on 11/21/05 at approximately 0630 hrs found that his vehicle was missing. James stated that there was a spare key in the vehicle, but the vehicle was secure. Lunsford was transported to the Detective Division where he was turned over to this Detective and the vehicle was towed to B&R Wrecker.

On 11/21/05 at approximately 0941 hrs this Detective read Lunsford his Constitutional rights from a standard Montgomery Police



Department rights form. Lunsford waived his rights but did not want to give a statement.

On 11/21/05 at approximately 1000 hrs this Detective obtained a warrant for Receiving Stolen Property 1st against B/M Rodney Lunsford, DOB: 11/11/69. Lunsford was processed and placed in the Montgomery County Detention Facility under a $20,000.00 bond.

**DISPOSITION:**

Show this case cleared by the arrest of B/M Rodney Lunsford, DOB: 11/11/69.

| Unfounded | Exc. Cleared | Investigator |
|---|---|---|
| Cleared By Arrest | Inactivated | Detective S.E.Thompkins#1025 |

| State of Alabama Unified Judicial System | **COMPLAINT** (Felonies, Misdemeanors, or Violations - District or Municipal Court) | Warrant Number 2005F02202 |
|---|---|---|
| Form CR-6   Rev. 8/98 | | Case Number |

IN THE _____**DISTRICT**_____ COURT OF _____**MONTGOMERY**_____, ALABAMA
(Circuit, District, or Municipal)                                    (Name of Municipality or County)

☒ STATE OF ALABAMA
☐ MUNICIPALITY OF MONTGOMERY v. _____RODNEY A LUNSFORD  (000969913A)_____
                                                     Defendant (NWS Jacket Number)

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe that _____**RODNEY A LUNSFORD**_____, Defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about _____11/21/2005_____ (date of occurrence) commit the offense of _____**RECEIVING STOLEN PROPERTY, FIRST DEGREE**_____ within the

☒ County of _____**MONTGOMERY**_____

☐ City/Town of _____ or in the police jurisdiction thereof, in that he/she did: (State specific facts here. Continue on a separate sheet of paper if needed.) (select as appropriate):

[X] intentionally receive, retain, or dispose of stolen property, to wit: _____2005 CHEVY TRAIL BLAZER_____,

the property of, to wit: _____AARON JAMES_____,
and having a value in excess of $2,500.00, knowing that it was stolen or having reasonable grounds to believe it had been stolen and not having the intent to restore it to its owner,

in violation of
☒ Section _____13A-8-17_____, Alabama Code 1975.
☐ Municipal Ordinance Number _____ which embraces Section _____ Alabama Code 1975, previously adopted, effective and in force at the time the offense was committed.
☐ Other _____

Sworn to and Subscribed before me this
21ST day of
NOVEMBER, 2005

Complainant

320 N. RIPLEY ST.   MONTGOMERY, AL 36104
Address

(334)241-2831
Telephone Number

Judge/Magistrate/Warrant Clerk

**WITNESSES**

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Additional Witnesses on Reverse Side.

| Form CR-58 (back) Rev. 8/98 | WARRANT OF ARREST (Felonies, Misdemeanors, or Violations) |
|---|---|

## CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing **WARRANT OF ARREST** by arresting the accused person named (or described) therein at _____ o'clock ☐ a.m. ☐ p.m. on the _____ day of _____, 20 ____ in **MONTGOMERY** COUNTY, ALABAMA.

After arrest, the accused person was:

☐ Released as authorized at _____ o'clock ☐ a.m. ☐ p.m. _____, 20 ____

☐ Taken before ☐ Judge ☐ Magistrate at _____ o'clock ☐ a.m. ☐ p.m.

_____, 20 ____

☐ Placed in jail at _____ o'clock ☐ a.m. ☐ p.m. _____, 20 ____

_____    _____
Date                         Signature/Title/Agency

## IDENTIFICATION OF ACCUSED PERSON

| Name of Accused Person | | | | Telephone Number | | |
|---|---|---|---|---|---|---|
| RODNEY A LUNSFORD | | | | | | |
| Social Security Number | Drivers License Number & State | | Date of Birth | Age | Race | Sex |
| 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 | | | 11/11/1969 | | B | M |
| Height | Weight | Hair | Eyes | Complexion | | |
| 600 | 250 | | | | | |
| Address of Accused | | | City | State | | Zip Code |
| 2104 S MAIN ST | | | SPRINGFIELD | TN | | |
| Name of Employer | | | | Telephone Number | | |
| | | | | | | |
| Address of Employer | | | City | State | | Zip Code |

### WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

### ACKNOWLEDGEMENT BY ACCUSED PERSON

☐ I hereby acknowledge that at the time of my release from custody I was directed to appear in person before the court, as follows:

Place: _____

Date: _____, 20 ____

Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharged.

☐ I promise to appear as directed before the court, as follows:

Place: _____

Date: _____, 20 ____

Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharged.

_____    _____
Date                         Signature of Accused Person

| State of Alabama<br>Unified Judicial System<br><br>Form CR-58 (front)    Rev. 8/98 | **WARRANT OF ARREST**<br>(Felonies, Misdemeanors, or Violations) | Warrant Number<br>**2005F02202** |
|---|---|---|
| | | Case Number |

IN THE _____**DISTRICT**_____ COURT OF _____**MONTGOMERY**_____, ALABAMA
(Circuit, District, or Municipal)          (Name of Municipality or County)

☒ STATE OF ALABAMA

☐ MUNICIPALITY OF MONTGOMERY v. _____**RODNEY A LUNSFORD   (000969913A)**_____
Defendant (NWS Jacket Number)

**TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:**

☒ Probable cause has been found on a Complaint filed in the court against (name or description of person to be arrested)
RODNEY A LUNSFORD

charging the offense of **RECEIVING STOLEN PROPERTY, FIRST DEGREE**

_____ as described in the Complaint.

☐ An indictment has been returned by the grand jury of this county against (name or description of person to be arrested)

charging the offense of _____

_____ as described in the Complaint.

☒ **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this court to answer the charges against that person and have with you then and this Warrant of Arrest with your return thereon.
If a judge or magistrate of this court is unavailable, or if the arrest is made in another county, you shall then take the accused person before the nearest or most accessible judge or magistrate in the county of the arrest.

☒ You may release the accused person without taking the accused before a judge or magistrate:

  ☒ If the accused person enters into a bond in the amount of $ **20,000.00** with sufficient sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk.
  ---OR---
  ☒ If the accused person posts an appearance bond in the amount of $ **20,000.00**

  ☐ On his or her personal recognizance.

Monday, November 21, 2005  10:56 AM
Date                                                                Judge/Court Clerk/Magistrate/Warrant Clerk

Case # 05-27267                    AFFIDAVIT                       2005F02202
                         DISTRICT COURT OF MONTGOMERY ALABAMA

INSTRUCTIONS: Complete the following information on OFFENSE/OFFENDER

Offense: Receiving Stolen Property 1st

Defendant's Name: B/M Rodney A. Lunsford                     D.O.B. 11/11/69

Defendant's SSN: 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       Height: 6'00              Weight: 250

Defendant's Address: 2104 S. Mian Street Sprinfield TN

Date & Time of Offense: 11/21/05 0830 hrs

Place of Occurance: 1400 Block S. Holt Street Montgomery Alabama

Person or Property Attacked: Property

How Attacked: Received Stolen Property

Damage Done or Property Attacked: 2005 Chevy Trail Blazer VIN# 1GNDS13S252358332

Value of Property: $30,000.00

Details of Offense:
The Defendant did, intentionally receive, retain, or dispose of stolen property, to-wit: a 2005 Chevy Trail Blazer(Last 4 VIN# 8332), the property of Aaron James of the value of $30,000.00, knowing that it was stolen or having reasonable grounds to believe it had been stolen and not having the intent to restore it to its original owner. This is in violation of 13A-8-17 of the Code of Alabama, against the peace and dignity of the State of Alabama.

The defednant was found in possession of the listed stolen property. The vehicle was reported on 11/21/05 by Fultondale Police Department Case# 051100505
ADDITIONAL WITNESS:
   3 - Offficer D.G.Wise#1536, MPD, 241-2932
   4- Officer H.E. Baker#1506, MPD, 241-2932

I make this affidavit for the purpose of securing a warrant against the said B/M Rodney Lunsford                I understand that I am instituting a criminal proceeding and cannot drop this case. I further understand that if any of the forgoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and subscribed before me
this  21    day of  November   2005                          Complainant

_____
       Judge - Clerk - Magistrate

WITNESSES: (Name, Address, Telephone Number)

1)  Arron James, 920 Decatur Highway Apt. 106, Fultondale Alabama 35068
2)  Det. S.E.Thompkins#1025, MPD, 241-2831