IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY ANDRE LUNSFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CIVIL ACTION NO. 2:06cv279-MHT ) |
| STATE OF ALABAMA, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

On 3 April 2006, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED as follows:

1. Plaintiff's claims against the City of Montgomery Police Department and the State of Alabama are DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

2. The City of Montgomery Police Department and the State of Alabama are DISMISSED as parties from this cause of action.

3. This case, with respect to the claims presented against the remaining defendants, is referred back to the Magistrate Judge for additional proceedings.

Done this the 17th day of May, 2006.

/s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE