IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY ANDRE LUNSFORD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv279-MHT |
| | ) |
| OFFICER D. G. WISE, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On 13 June 2006, the Magistrate Judge filed a Recommendation (Doc. #10) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for the plaintiff's abandonment of his claims, his failure to comply with orders of the court, and his failure to prosecute this action properly.

DONE, this the 28th day of July, 2006.

                                    /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE